585 A.2d 371

IN THE MATTER OF ALLEGATIONS OF VIOLATIONS OF LAW AND ADMINISTRATIVE CODE BY FIORILLO BROS. OF N.J. INC., TRI-COMPACTION SALES, INC., ET AL.

September 10, 1990.

Petition for certification denied. (See 242 *N.J.Super.* 667, 577 *A.*2d 1316.)

585 A.2d 371

STATE OF NEW JERSEY v. COLLEEN CANNON.

September 18, 1990.

Certification to Superior Court, Law Division, granted.

585 A.2d 372

FRED KAZAREN AND ETHEL KAZAREN v. STATE FARM INSURANCE AND JOSEPH WANKO.

September 18, 1990.

The parties having stipulated to a dismissal of this matter, it is ORDERED that the appeal is dismissed. (See —— *N.J.* —— (1990))

585 A.2d 372

STATE OF NEW JERSEY v. GREGORY BYRD.

September 18, 1990.

Petition for certification denied.